**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Agustin Chino CAMACHO, aka Pedro Alvarez, Defendant–Appellant.**

No. 02–10507.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Kevin P. Rooney, AUSA, USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Kevin G. Little, Esq., Attorney at Law, Fresno, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Agustin Chino Camacho appeals his jury trial conviction and 210–month sentences for conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine, and possession of a listed chemical, in violation of 21 U.S.C. §§ 841 and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Camacho has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Camacho has filed pro se supplemental briefs. However, our independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and his pro se supplemental briefs, discloses no grounds for relief.

Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.